UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

COMMON WEALTH DEVELOPMENT, INC.,

    Plaintiff,

vs.

Civil Action No. 3:19-cv-661-wmc

COMMONWEALTH DEVELOPMENT
CORPORATION OF AMERICA, et al.

    Defendants.

---

## STIPULATED DISMISSAL OF ALL CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to dismissal *with prejudice* of all pending claims in the above-captioned action, with each party bearing its own fees and costs.

Date: April 16, 2021

Respectfully submitted,

| **MICHAEL BEST & FRIEDRICH LLP** | **QUARLES & BRADY LLP** |
|---|---|
| */s/ Laura M. Konkel (with permission)* | */s/ Martha Jahn Snyder* |
| Shane A. Brunner | Matthew J. Duchemin |
| sabrunner@michaelbest.com | matthew.duchemin@quarles.com |
| Laura M. Konkel | Martha Jahn Snyder |
| lmkonkel@michaelbest.com | martha.snyder@quarles.com |
| One South Pinckney Street, Suite 700 | Bryce A. Loken |
| Madison, WI 53703 | bryce.loken@quarles.com |
| Tel.: (608) 257-3501 | 33 East Main Street, Suite 900 |
| Fax: (608) 283-2275 | Madison, WI 53703 |
| | Tel.: (608) 251-5000 |
| *Attorneys for Plaintiff* | Fax: (608) 251-9166 |
| | *Attorneys for Defendants* |

**LITCHFIELD CAVO LLP**

*/s/ John L. Pollock (with permission)*
John L. Pollock
pollock@litchfieldcavo.com
250 E. Wisconsin Avenue, Suite 800
Milwaukee, WI 53202
Tel.: (414) 488-1844
Fax: (414) 875-3331

*Attorneys for Intervenor*